**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Karanpreet Singh,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05869-PHX-SHD

**ORDER**

On August 20, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging his ongoing immigration detention as a violation of his due process rights, (Doc. 1). The Court directed Respondent to respond to the Petition. (Doc. 4.) Respondents' response stated: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 7.) Upon review of the Response, and Petitioner's Reply (Doc. 8), the Court accepts Respondents' concession as non-opposition to granting Petitioner's habeas corpus petition and his request for release from custody. The Court will require Petitioner be released under the same conditions that existed prior to his detention.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Petitioner's request for release from custody.

**IT IS FURTHER ORDERED** Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

///

**IT IS FURTHER ORDERED** that Respondents return all Petitioner's personal property, including his driver's license and employment authorization document, to Petitioner upon his release.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of August, 2026.

Honorable Sharad H. Desai
United States District Judge